**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

THOMAS BRYANT,

                        Plaintiff,

            v.

                                                    No. 9:18-CV-494
CHRISTOPHER MILLER, et al.,                         (GTS/CFH)

                        Defendants.

_____

**APPEARANCES:**                         **OF COUNSEL:**

Thomas Bryan
02-A-5545
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562
Plaintiff pro se

Attorney General for the                 JORGE A. RODRIGUEZ, ESQ.
State of New York                        Assistant Attorney General
The Capitol
Albany, New York 12224
Attorney for Defendants

**ORDER**

On July 8, 2020, plaintiff filed a motion to compel further responses to

interrogatories.  Dkt. No. 82.  Defendants filed a response to that motion.  Dkt.

No. 85.  The Court issued notices scheduling a hearing on plaintiff's motion.  Dkt.

Nos. 91, 93.

A conference was conducted with plaintiff pro se and counsel for

defendants on-the-record on August 19, 2020.  The transcript of that proceeding

is annexed to this Order.  Dkt. No. 96.  As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby **ORDERED** that:

Plaintiff's motion to compel is **GRANTED** to the extent that defendants shall serve supplemental responses to interrogatories as directed by the Court during the August 19, 2020, conference by September 21, 2020.

**IT IS SO ORDERED.**

Dated: August 21, 2020
        Albany, New York

Christian F. Hummel
U.S. Magistrate Judge