**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

THOMAS BRYANT,

                        Plaintiff,

            v.                                                No. 9:18-CV-494
                                                                (GTS/CFH)
CHRISTOPHER MILLER, et al.,

                        Defendants.

_____

**APPEARANCES:**                              **OF COUNSEL:**

Thomas Bryant
02-A-5545
Sing SIng Correctional Facility
354 Hunter Street
Ossining, New York 10562
Plaintiff pro se

Attorney General for the                        JORGE A. RODRIGUEZ, ESQ.
State of New York                                 Assistant Attorney General
The Capitol
Albany, New York 12224
Attorney for Defendants

**Order**

        On July 20, 2020, plaintiff filed a motion to compel further responses to

requests for admissions.  Dkt. No. 86.  Defendants filed a response to that

motion.  Dkt. No. 95.  The Court issued notices scheduling a hearing on plaintiff's

motion.  Dkt. No. 100.

A conference was conducted with plaintiff <u>pro</u> <u>se</u> and counsel for defendants on-the-record on September 3, 2020.  The transcript of that proceeding is annexed to this Order.  Dkt. No. 102.  As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby **ORDERED** that:

1. Plaintiff's motion to compel is **GRANTED** to the extent that defendants Kaiser and Bogardus shall serve responses to plaintiff's requests for admissions as directed by the Court by October 9, 2020;

2. The mandatory Pre-Trial Scheduling Order filed September 24, 2019 (Dkt. No. 54) is further amended as follows:

   a. The deadline for the filing of dispositive motions is hereby extended to December 1, 2020.  There will be no further extensions of that deadline.

   **IT IS SO ORDERED**.

Dated: September 4, 2020
       Albany, New York

Christian F. Hummel
U.S. Magistrate Judge